IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al. | * | |
| v. | * | Civil No. RDB-15-1312 |
| PHARMERICA CORP. et al. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM ORDER**

Presently pending before this Court is the Motion to Compel Enforcement of a Subpoena filed in the case of *United States ex rel. Frank Kurnik v. PharMerica Corp.,* No. 11-cv-1464, in the United States District Court for the District of South Carolina.  With the concurrence of the Honorable Joseph F. Anderson, Jr., Senior U.S. District Judge of the United States District Court for the District of South Carolina, the concurrence of counsel and pursuant to Rule 45(f)of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED this 25th day of June, 2015 that this case is **TRANSFERRED** to the United States District Court for the District of South Carolina;

IT IS FURTHER HEREBY ORDERED that the Clerk of this Court **ADMINISTRATIVELY CLOSE THIS CASE**.

/s/
Richard D. Bennett
United States District Judge